MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

IN RE:   ASBESTOS PRODUCTS LIABILITY LITIGATION
MDL 875

Dear Clerk:

The enclosed certified copy of a Conditional Transfer Order (CTO-324) from the Judicial Panel is being sent to you regarding the involved action(s) listed on the attached schedule included in this mailing. These case(s) have been properly identified as multi district litigation asbestos cases.

**\*\*PLEASE DO NOT FORWARD ANY OF THE RECORD OR ANY DOCUMENTS TO OUR COURT. WE ALSO DO NOT NEED A COPY OF THE DOCKET OR THIS ORDER RETURNED TO OUR COURT.\*\***

This copy is information for your court's records. We will extract your case from the pacer website; you are not required to forward any documents from your court's records. We are in the process of assigning new case numbers and all future docketing will be conducted in our court. A Transfer Order and Case Log will be sent to your Clerk. If you have any questions please contact me at (267) 299-7018.

Sincerely,

MICHAEL E. KUNZ
Clerk of Court

Tom Dempsey

Tom Dempsey
MDL Docketing Clerk

Enclosure

A CERTIFIED TRUE COPY

ATTEST

By Jakeia Mells on Aug 04, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**Jul 17, 2009**

**FILED**
**CLERK'S OFFICE**

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**

MDL No. 875

C 09-2881 EMC

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-324)**

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 84,695 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C. Robreno.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C. Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Aug 04, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD

DATED: 8-5-09

ATTEST: Tom Depsey

DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: ASBESTOS PRODUCTS LIABILITY**
**LITIGATION (NO. VI)**                                    MDL No. 875

### SCHEDULE CTO-324 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|-------|------|--------|--------------|

**CALIFORNIA CENTRAL**

| | | | |
|-------|------|--------|--------------|
| ~~CAC~~ | ~~2~~ | ~~09-3724~~ | ~~Ellis Michael Stanton, et al. v. American Standard, Inc., et al.~~ |
| | | | **Opposed 8/3/09** |
| CAC | 2 | 09-4744 | Nancy Jo Banchik, et al. v. Buffalo Pumps, Inc., et al. |

**CALIFORNIA NORTHERN**

| | | | |
|-------|------|--------|--------------|
| CAN | 3 | 09-2667 | Linda Griffin, etc. v. Avco Corp., et al. |
| CAN | 3 | 09-2691 | Rex Hancock v. General Electric Co., et al. |
| CAN | 3 | 09-2692 | Robert Pennington v. General Electric Co. |
| CAN | 3 | 09-2710 | Roderick Brooks v. Foster Wheeler, LLC |
| CAN | 3 | 09-2711 | Bruce Gleason v. General Electric Co., et al. |
| CAN | 3 | 09-2757 | Charley Brown v. General Electric Co. |
| CAN | 3 | 09-2806 | Jack Reynolds v. General Electric Co., et al. |
| CAN | 3 | 09-2808 | Ronald Svendsgaard v. Northrop Grumman Shipbuilding, Inc. |
| CAN | 3 | 09-2864 | John Otto v. General Electric Co., et al. |
| CAN | 3 | 09-2881 | Raymond Bell v. General Electric Co., et al. |
| CAN | 3 | 09-2907 | Kenneth Robertson v. Todd Shipyards Corp. |

**FLORIDA NORTHERN**

| | | | |
|-------|------|--------|--------------|
| FLN | 3 | 09-247 | Jessie Marlene Odom Ward, etc. v. Allis-Chalmers Pumps, Inc., et al. |

**FLORIDA SOUTHERN**

| | | | |
|-------|------|--------|--------------|
| FLS | 0 | 09-60887 | Mark W. Stratmann, et al. v. Bondex International, Inc., et al. |
| FLS | 9 | 09-80965 | Thelma Oster v. Advanced Stores Co., Inc., et al. |

**LOUISIANA MIDDLE**

| | | | |
|-------|------|--------|--------------|
| ~~LAM~~ | ~~3~~ | ~~09-448~~ | ~~Roosevelt Samuel v. Liberty Mutual Insurance Co., et al.~~ |
| | | | **Opposed 7/30/09** |

**MAINE**

| | | | |
|-------|------|--------|--------------|
| ME | 2 | 09-288 | Robert W. Powers, et al. v. WLB Holding Co., et al. |

**NORTH CAROLINA MIDDLE**

| | | | |
|-------|------|--------|--------------|
| NCM | 1 | 02-365 | Victor Lee Thompson, et al. v. ACandS, Inc., et al. |
| NCM | 1 | 02-446 | Tina G. Daniels v. ACandS, Inc., et al. |
| NCM | 1 | 08-474 | John P. Grimes, et al. v. Aqua-Chem, Inc., et al. |
| NCM | 1 | 08-734 | Dale Lynn Funderburk v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-324 Tag-Along Actions (Continued)**

NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 1 | 08-301 | Sidney R. Alexander, et al. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-82 | George Washington Dellinger, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-83 | Michael Wayne Silman v. Aqua-Chem, Inc., et al. |
| NCW | 1 | 09-224 | James E. Suttle, et al. v. 3M Co., et al. |
| NCW | 1 | 09-225 | Kenneth G. Sanders v. 3M Co., et al. |
| NCW | 1 | 09-240 | Samuel Young, III, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-241 | Jeffrey Scott Sherrill, et al. v. Alfa Laval, Inc., et al. |
| NCW | 1 | 09-242 | James Luther Brown, Jr., et al. v. A.W. Chesterton, Co., et al. |
| NCW | 1 | 09-243 | William Anderson Harrill, Jr. v. A.W. Chesterton, Co., et al. |
| NCW | 1 | 09-249 | Ronald Scott Jones v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-250 | Sylvester Lindsay, et al. v. A.W. Chesterton Co., et al. |
| NCW | 1 | 09-252 | Darrell Eugene Morrison, et al. v. A.W. Chesterton Co., et al. |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 2 | 09-2913 | Joanne Newell, etc. v. 3M Co., et al. |
| NJ | 2 | 09-2945 | Anthony G. Losito, etc. v. John Doe Corp. 1-25, et al. |

OREGON

| | | | |
|---|---|---|---|
| OR | 1 | 09-678 | Daniel Holmes, etc. v. A.W. Chesterton, Co., et al. |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 0 | 08-1022 | Barney Keith Lundy, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-1023 | David Richard Minter v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-1040 | James W. Barber, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-1041 | Calvin Edward Barker, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-1044 | Stephen Lewis Wallace, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2389 | Ronnie F. Bangle, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2390 | Walter L. Bratton, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 08-2391 | William D. Canupp, et al. v. Aqua-Chem, Inc., et al. |
| SC | 0 | 09-1591 | Harold Bryant Alewine, Jr., et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-1592 | James Sandy Godfrey, et al. v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-1658 | John Austin Knight v. A.W. Chesterton Co., et al. |
| SC | 0 | 09-1811 | Terry Wayne Caudle v. A.W. Chesterton, Co., et al. |
| SC | 0 | 09-1814 | Rembert Randolph Howell, et al. v. A.W. Chesterton, Co., et al. |
| SC | 0 | 09-1817 | James Michael Sanders, et al. v. A.W. Chesterton, Co., et al. |
| SC | 0 | 09-1843 | James Thomas Larkin, Sr., et al. v. A.W. Chesterton, Co., et al. |
| SC | 4 | 09-1847 | Harold Lee Puckett, et al. v. A.W. Chesterton, Co., et al. |
| SC | 7 | 08-1042 | James C. Goodwin, Jr. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 08-2392 | Charles Dewberry, et al. v. Aqua-Chem, Inc., et al. |

**MDL No. 875 - Schedule CTO-324 Tag-Along Actions (Continued)**

| | | | |
|---|---|---|---|
| SC | 7 | 08-2393 | Philip D. Husley, et al. v. Aqua-Chem, Inc., et al. |
| SC | 7 | 09-1660 | Russell Lee Hughey v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-1661 | James Albert Hambright, et al. v. A.W. Chesterton Co., et al. |
| SC | 7 | 09-1765 | Bobby Lewis Land, et al. v. A.W. Chesterton, Co., et al. |
| SC | 7 | 09-1844 | Michael Steven Morris, Sr., et al. v. A.W. Chesterton, Co., et al. |
| SC | 8 | 08-1021 | James Larry Campbell, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-165 | Joseph Milton Crenshaw, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-469 | Alton Morris Collins, et al. v. Aqua-Chem, Inc., et al. |
| SC | 8 | 09-601 | Terry Carson Chappell v. Aqua-Chem, Inc., et al. |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 09-9549 | Paul D. Holland v. American Standard, Inc., et al. |
| VAE | 2 | 09-9550 | Albert J. Koppe v. American Standard, Inc., et al. |
| VAE | 2 | 09-9551 | Roger A. Modreske v. American Standard, Inc., et al. |
| VAE | 2 | 09-9552 | Wayne Reece v. American Standard, Inc., et al. |
| VAE | 2 | 09-9553 | Gerald F. Olesen v. American Standard, Inc., et al. |
| VAE | 2 | 09-9554 | Ronald E. Adams v. American Standard, Inc., et al. |
| VAE | 2 | 09-9555 | David T. Alkema v. American Standard, Inc., et al. |
| VAE | 2 | 09-9556 | Charles E. Denz v. American Standard, Inc., et al. |
| VAE | 2 | 09-9557 | C. Duane Tillery v. American Standard, Inc., et al. |
| VAE | 2 | 09-9558 | Weldon R. Weeden v. American Standard, Inc., et al. |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| ~~WAW~~ | ~~2~~ | ~~09-838~~ | ~~Duane Prewett, et al. v. Goulds Pumps, et al.~~ **Opposed 7/24/09** |
| WAW | 3 | 09-5296 | Kathleen Reid, etc. v. American Optical Corp., et al. |